# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 753 |
| | : | |
| APPOINTMENTS TO THE CIVIL | : | CIVIL PROCEDURAL RULES DOCKET |
| PROCEDURAL RULES COMMITTEE | : | |
| | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 16th day of May, 2024, Albert P. Veverka, Esquire, Allegheny County, and Jayson R. Wolfgang, Esquire, Dauphin County, are hereby appointed as members of the Civil Procedural Rules Committee for a term of six years, commencing July 1, 2024.